# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| VOLCON, INC.,<br>*Plaintiff* § § § | |
| v. § § | Case No. 1:22-cv-00307-DAE |
| MARTIN MOTOR SPORTS, LLC,<br>*Defendant* § § | |

## ORDER

Now before the Court are Plaintiff's Opposed Motion to Compel, filed October 31, 2023 (Dkt. 34), and the Joint Stipulation Regarding Plaintiff's Opposed Motion to Compel, filed November 7, 2023 (Dkt. 36).[1]

In view of the stipulation, the Court hereby **ORDERS** that the parties have until **November 20, 2023** to file either (1) Defendant's response to Plaintiff's Motion to Compel, or (2) a joint motion requesting a further extension of the response deadline and informing the Court of the status of their efforts to resolve the issues raised in Plaintiff's Motion to Compel.

**SIGNED** on November 8, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] By Text Order entered November 2, 2023, the District Court referred the motion to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.