IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VOLCON, INC., § § § § § § § § § §<br><br>Plaintiff,<br><br>v.<br><br>MARTIN MOTORSPORTS, LLC,<br><br>Defendant. | Civil Case No: 1:22-cv-00307-DAE |

### ORDER ON JOINT STIPULATION OF DISMISSAL

Before the Court is the Parties' *Joint Stipulation of Dismissal with Prejudice.*

IT IS ORDERED that the *Joint Stipulation of Dismissal with Prejudice* is GRANTED.

IT IS FURTHER ORDERED that all claims between Plaintiff, Volcon, Inc., and Defendant, Martin Motorsports, LLC, in the above-entitled and numbered cause are hereby dismissed with prejudice.

All costs, expenses, and attorneys' fees are taxed to the party incurring the same.

Signed: Austin, Texas, October 7, 2024.

_____
David Alan Ezra
Senior United States District Judge